UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>    Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES dba 99 CENTS ONLY STORES #0076; RICHARDSON PROPERTIES III<br><br>    Defendants. | Case No. 2:12-cv-07205-CAS-SH<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants 99 Cents Only Stores dba 99 Cents Only Stores #0076 and Richardson Properties III,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: February 21, 2013

*Christine A. Snyde* [signature]
United States District Judge