1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11   EDWIN FIGUEROA,                          Case No. 2:12-cv-07205-CAS-SH
12          Plaintiff,
                                              ORDER RE: JOINT
13   v.                                       STIPULATION FOR DISMISSAL
14   99 CENTS ONLY STORES dba 99
     CENTS ONLY STORES #0076;
15   RICHARDSON PROPERTIES III
16          Defendants.
17   _____/

18          Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff
19   Edwin Figueroa and defendants 99 Cents Only Stores dba 99 Cents Only Stores #0076
20   and Richardson Properties III,
21          IT IS HEREBY ORDERED that the above-entitled action is dismissed with
22   prejudice in its entirety.
23
     Dated: February 21, 2013
24
                                              _Christine A. Snyde_____
25                                            United States District Judge
26
27
28

Order re: Joint Stipulation for Dismissal                    *Figueroa v. 99 Cents Only Stores, et al.*
                                                             Case No. 2:12-cv-07205-CAS-SH